**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr173**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JAMES SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Joint Motion to Accept

Early Payment of Fine and Restitution, [Doc. 7, filed September 3, 2008].

For reasons stated therein and for good cause shown the Court finds and

concludes that the Joint Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall accept

and deposit pre-payment of the fine and restitution in this matter.

Signed: September 16, 2008

Martin Reidinger
United States District Judge