

<span style="color:red">EXPEDITED</span>

**North Carolina Western**
**MEMORANDUM**

**DATE:** September 24, 2008

**TO:** U.S. District Court Clerk

**CC:** Martin Reidinger
U.S. District Court Judge

**FROM:** Cynthia M. Easley
Senior U.S. Probation Officer

**SUBJECT:** **James Christopher Smith**
Docket No. 3:08CR173
NOTIFICATION OF **EXPEDITED** PRESENTENCE REPORT

---

The above-referenced defendant may be scheduled for sentencing on or after **10/16/2008** and will be subject to the guideline sentencing procedures under the Federal Sentencing Reform Act of 1984. All parties have waived their rights to the Rule 32 time limits and have agreed to be sentenced on the next available sentencing date.

As of the date of this notification, the defendant is:

☐ In custody    ■ Released to the community