FILED
CHARLOTTE, NC

OCT - 3 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

## WAIVER/AGREEMENT
## EXPEDITED PRESENTENCE REPORT

United States of America

vs.

3:08CR173

**James Smith**

The parties jointly request consideration for an expedited presentence report. Should the probation office determine that this case qualifies for such treatment, the parties agree to sentencing in this matter during the next available sentencing date, and agree to waive any applicable time limits pursuant to Fed.R.Crim.P.32. Should the probation office determine that this case does not qualify for expedited treatment, it shall then proceed to sentencing in the normal course.

_____   Dated: 9-29-08
Assistant United States Attorney

_____   Dated: 9/24/08
Attorney for Defendant

_____   Dated: 9/24/08
Defendant

_____   Dated: 10-2-2008
Supervising U.S. Probation Officer

cc: U.S. Marshal
6584407

CME